UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE D. SAMPSON, | ) Case No. SACV 15-02158-MWF (DTB) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, |
| | ) CONCLUSIONS AND |
| RICHARD TAUER, et al., | ) RECOMMENDATIONS OF UNITED |
| | ) STATES MAGISTRATE JUDGE |
| Defendants. | ) |
| | ) |
| | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Motions to Dismiss and Motions for More Definite Statements are granted; that Donna Brush's Joinder is denied as moot; that Mark Bresee's Motion to Set Aside Default and setting aside the Clerk's entry of default against Bresee is granted; that plaintiff's Motion for Extension is denied as moot; that the Complaint is dismissed with leave to amend; and that plaintiff is ordered, if he still desires to pursue this action, to file a First Amended Complaint

1 | within (30) days of the date of this Order remedying the deficiencies discussed in the
2 | Report and Recommendation.

3 |      If plaintiff chooses to file a First Amended Complaint, it should bear the docket
4 | number assigned in this case; be labeled "First Amended Complaint"; and be complete
5 | in and of itself without reference to the previous complaint or any other pleading,
6 | attachment, or document.

7 |

8 | Dated: September 20, 2016

                               MICHAEL W. FITZGERALD
9 |                                  UNITED STATES DISTRICT JUDGE