JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE D. SAMPSON,<br><br>        Plaintiff,<br>vs.<br><br>RICHARD TAUER, et al.,<br><br>        Defendants. | Case No. SACV 15-02158-MWF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: January 10, 2017

                                            MICHAEL W. FITZGERALD
                                            UNITED STATES DISTRICT JUDGE

1